IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07–cv–02029–PAB–KMT

MELVIN LYNNE BOMPREZZI,

    Applicant,

v.

COLORADO DEPARTMENT OF CORRECTIONS, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

**ORDER**

    This matter is before the court *sua sponte*.

    IT IS HEREBY **ORDERED** that on or before **October 15, 2009**, the Clerk of the Douglas County District Court shall provide to this court the original written record, including all transcripts, of Douglas County criminal case no. 01CR707, *People v. Melvin Bomprezzi*.

    IT IS FURTHER **ORDERED** that the Clerk of the Court shall serve a copy of this Order on the Clerk of the Douglas County District Court by facsimile to **(303) 688-1962** and by regular mail to Clerk of the Douglas County District Court, 4000 Justice Way, Ste. 2009, Castle Rock, CO 80109.

    Dated this 14th day of September, 2009.

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge