**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer**

Civil Case No. 07-cv-02029-PAB-KMT

MELVIN LYNNE BOMPREZZI,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Defendants.

---

## ORDER TRANSFERRING CASE

    It is ORDERED that, pursuant to D.C.COLO.LCivR 40.1A and with the approval of Chief Judge Wiley Y. Daniel, this case is transferred to Senior Judge Walker D. Miller.

    DATED January 14, 2010.

                                            BY THE COURT:

                                            s/Philip A. Brimmer
                                            PHILIP A. BRIMMER
                                            United States District Judge