IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action Nos:  07-cv-02028-WDM-KMT and 07-cv-02029-WDM-KMT

MELVIN LYNNE BOMPREZZI,

      Applicant,

v.

COLORADO DEPARTMENT OF CORRECTIONS, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Respondent.

---

## ORDER RETURNING STATE COURT RECORD

---

      Upon careful examination of the record, it appears that the disposition of the above captioned case is now final.  It is, therefore

      **ORDERED** that the Clerk shall return the State Court Record.

      DATED this 2nd day of February, 2015.

                      BY THE COURT:

                      _____

                      Marcia S. Krieger
                      Chief United States District Judge